AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Khary Reed | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    9:10-CV-00977-JFA-BM |
| Commissioner of the Social Security Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other:  It is ordered and adjudged that the Commissioner's decision is reversed and remanded under Sentence Four of
42 U.S.C. § 405(g)  for further administrative action.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Bristow Marchant,  United States Magistrate Judge.

Date:   April 12, 2011                           *CLERK OF COURT*

                                                    s/John P. Bryan, Jr.
                                             _____
                                                  *Signature of Clerk or Deputy Clerk*